IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THOMAS STEVEN FLAHERTY
ADC # 115819                                                                PLAINTIFF

v.                          No. 5:13-cv-301-DPM-JTK

OJIUGO IKO, Doctor, Varner Unit,
ADC                                                                          DEFENDANT

## ORDER

Flaherty's unopposed motion to dismiss, № 26, is granted. His motion for summary judgment, № 21, is denied as moot. Flaherty's complaint is dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 May 2014