IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THOMAS STEVEN FLAHERTY
ADC # 115819                                                                PLAINTIFF

v.                          No. 5:13-cv-301-DPM

OJIUGO IKO, Doctor, Varner Unit,
ADC and WENDY KELLY, Deputy
Director, ADC                                                               DEFENDANTS

## JUDGMENT

Flaherty's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 May 2014